**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION**

**IN RE**

**MELVIN MARTIN**                                                       **CASE NO. 13-70430**

**DEBTOR(S)**

### ORDER

This matter is before the Court on the Application for Order Directing Payment of Funds to Creditor/Claimant Dilks & Knopik, LLC as assignee to United Credit Recovery LLC [ECF No. 44], and the Court having reviewed the record and finding United Credit Recovery LLC, is the holder of the claim as no Transfer of Claim has been filed,

It is ORDERED that the APPLICATION is OVERRULED.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
_Tracey N. Wise_
**Bankruptcy Judge**
**Dated: Wednesday, November 02, 2016**
**(tnw)**